STATE of Missouri, Respondent,

v.

Richard AMMONS, Appellant.

No. WD 50270.

Missouri Court of Appeals,
Western District.

Submitted Dec. 7, 1995.

Decided March 5, 1996.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Amy Sneirson, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM:

Richard Ammons appeals his conviction for robbery in the first degree, § 569.020 RSMo 1994, and for armed criminal action, § 471.015 RSMo 1994, for which he was sentenced as a prior and persistent offender to consecutive prison terms of nineteen years and three years, respectively. After careful consideration of Ammons' point on appeal, this court concludes that the trial court did not err. The judgment of convictions is affirmed. Rule 30.25(b).